UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>           Plaintiff,<br><br>     v.<br><br>THE MADERA COUNTY SHERIFF JAIL DIVISION, et al.,<br><br>           Defendants. | No. 1:25-cv-00302-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 12) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On September 2, 2025, the Court denied Plaintiff's motion for reconsideration of the Court's July 24, 2025, screening order, and granted Plaintiff thirty days to file a second amended complaint.  (ECF No. 12.)  Plaintiff has failed to file a second amended complaint or otherwise respond to the Court's order and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed.  <u>Failure to comply with this order will result in a recommendation that the action be dismissed for failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated:   **October 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1