UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>Plaintiff,<br><br>v.<br><br>THE MADERA COUNTY SHERIFF JAIL DIVISION, et al.,<br><br>Defendants. | No. 1:25-cv-00302-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>(Doc. 15) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2025, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. Doc. 15. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* at 6. Plaintiff did not file objections, and the time in which to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

1     Accordingly:

2     1.     The findings and recommendations issued on November 7, 2025 (Doc. 15) are

3         adopted in full;

4     2.     The action is dismissed for failure to state a claim; and

5     3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 28, 2025

UNITED STATES DISTRICT JUDGE

2